IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-80399-RKA

MARC ALAN REICHBART, individually and on behalf of all others similarly situated,

   *Plaintiff*,

v.

STEVE MOORE CHEVROLET, LLC d/b/a AUTONATION CHEVROLET GREENACRES, a Florida Limited Liability Company,

   *Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Marc Alan Reichbart and Defendant Steve Moore Chevrolet, LLC d/b/a AutoNation Chevrolet Greenacres, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs. All pending motions are hereby withdrawn.

Date: May 31, 2019

                                                      Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

Dated: May 31, 2019

*/s/ Maria K. Vigilante*
Maria K. Vigilante
Florida Bar No. 98822
mvigilante@blankrome.com
**BLANK ROME LLP**
500 E. Broward Blvd., Suite 2100
Fort Lauderdale, FL 33394
Telephone: 954-512-1800
Facsimile: 954-512-1818

*Counsel for Steve Moore Chevrolet, LLC dba AutoNation Chevrolet Greenacres*

## **CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on May 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff and the Class*
