UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-80399-CIV-ALTMAN/Brannon

**MARC ALAN REICHBART**,

     Plaintiff,

v.

**STEVE MOORE CHEVROLET, LLC**,

     Defendant.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 30], filed on June 2, 2019. Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case forthwith, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of June 2019.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record